UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| KENNETH BROWN, | Case No. 2:25-cv-00545-CDS-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ROBSON HOUSER, | |
| Defendant. | |

Plaintiff, an inmate in the custody of Clark County Detention Center ("CCDC"), filed a Civil Rights Complaint on March 24, 2025. ECF No. 1-1. Plaintiff neither paid the $405 filing fee nor filed an application to proceed *in forma pauperis* ("IFP"). Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action without prepaying the full $405 filing fee may apply to proceed *in forma pauperis*. To do so, Plaintiff must submit a complete inmate IFP application, a financial certificate signed by both Plaintiff and a CCDC official, and a copy of Plaintiff's prison or jail trust fund account statement for the previous six-month period. L.R. LSR 1-2.

Further, Plaintiff's Complaint is not signed; thus, the Court will not screen this document. Under Rule 11 of the Federal Rules of Civil Procedure, a plaintiff who is not represented by counsel must sign every pleading, including a complaint. Fed. R. Civ. P. 11(a). If Plaintiff chooses to file an amended complaint, he is advised that the amended complaint replaces the original Complaint. The submission of a mere signature page will not be enough. The amended complaint must include all claims against all defendants against whom Plaintiff wishes to pursue in his lawsuit. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"). And, the amended complaint must be filed on this Court's approved prisoner civil rights complaint form, and must be titled "First Amended Complaint."

1   Accordingly, IT IS HEREBY ORDERED that, if Plaintiff wishes to proceed with a claim he **must**, no later than **May 9, 2025**, file a signed amended complaint and either pay the required $405 filing fee or file a complete inmate IFP application that includes a financial certificate signed by both Plaintiff and a Clark County Detention Center official, and a copy of Plaintiff's prison or jail trust fund account statement for the previous six-month period.

IT IS FURHTER ORDERED that that the Court will not screen Plaintiff's unsigned original Complaint (ECF No. 1-1). If Plaintiff choses to file an amended complaint, the document must be titled "First Amended Complaint." The amended complaint must contain a short and plain statement describing the underlying case showing that Plaintiff is entitled to relief. Fed. R. Civ. P. 8(a)(2). Although the Federal Rules of Civil Procedure adopts a flexible pleading standard, Plaintiff still must give Defendant fair notice of his claims.

Plaintiff is further advised that if he files an amended complaint, the original Complaint (ECF No. 1-1) no longer serves any function in this case. As such, the amended complaint must be complete in and of itself without reference to prior pleadings or other documents. The Court cannot refer to a prior pleading or other documents to make Plaintiff's amended complaint complete.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff the (1) approved form for filing a 42 U.S.C. § 1983 complaint together with the information and instructions for filing the same, and (2) application to proceed *in forma pauperis* for inmates together with the information and instructions for filing this form.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

DATED this 9th day of April, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE